de la Flor & Associates
Andrew R. de la Flor     CSB 97511
3111 N. Tustin Ave., Suite 140
Orange, California 92865
(714) 634-0377 • (714) 978-7481 fax

JS - 6

Attorneys for Plaintiff,
INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB, <br><br> Plaintiff, <br><br> vs. <br><br> VIKING RANGE CORP., et al., <br><br> Defendants. | Case No. CV 09-6306 CAS (SSx) <br><br> ORDER ON STIPULATION RE: DISMISSAL |

    GOOD CAUSE APPEARING THEREFORE BY STIPULATION OF THE PARTIES,

    IT IS HEREBY ORDERED that the above referenced case is hereby DISMISSED WITH PREJUDICE.

Dated:_April 5, 2010

_____
JUDGE OF THE CENTRAL DISTRICT COURT